## Commonwealth *v.* Reynolds, Appellant.

Argued September 13, 1966. *Leonard Packel,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Alan J. Davis,* Assistant District Attorney, with him *Donald C. Marino,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.